**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Myra Herrera ZUBIA, Defendant–**
**Appellant.**

**No. 14–51127**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 14, 2016.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

David Kenneth Sergi, David K. Sergi & Associates, P.C., San Marcos, TX, for Defendant–Appellant.

Myra Herrera Zubia, Aliceville, AL, pro se.

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Myra Herrera Zubia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Zubia has not filed a response. We have reviewed counsel's brief and the relevant parts of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is **GRANTED,** counsel is excused from further responsibilities herein, and the **APPEAL IS DISMISSED.** *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

